Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CRIMINAL DOCKET FOR CASE #: 0:06-cr-00313-PAM-RLE-2

| | |
|---|---|
| Case title: USA v. Jourdain et al | Date Filed: 09/19/2006 |
| Magistrate judge case number: 0:06-mj-00310-MKK | Date Terminated: 09/19/2007 |

Assigned to: Senior Judge Paul A. Magnuson
Referred to: Chief Mag. Judge Raymond L. Erickson

**Defendant (2)**

**Robin Greg Kelly, Jr**
*TERMINATED: 09/19/2007*

represented by **Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: katherian_roe@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Douglas Olson**
Office of the Federal Defender
300 S 4th St, Ste 107
Minneapolis, MN 55415
612-664-5858
Fax: 612-664-5850
Email: dougolsonlaw@gmail.com
*TERMINATED: 03/13/2023*
*Designation: Public Defender or Community Defender Appointment*

**James E Ostgard , II**
James Ostgard
2811 24th Avenue
Moline, IL 61265
612-750-1455
Email: OstgardLawOffice@gmail.com

*TERMINATED: 01/03/2020*
*Designation: CJA Appointment*

**Matthew J Mankey**
Mankey Law Office
5500 Wayzata Blvd Ste 1025
Golden Valley, MN 55416
763-560-4388
Email: matthewmankey@comcast.net
*TERMINATED: 02/16/2024*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2, 1111, 1151, AND 1153(a)MURDER IN THE SECOND DEGREE (1) | Custody BOP for 170 months; 5 years supervised release; Restitution $4,994.32; $100 Special Assessment $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Murder in violation of 18:2, 1151, 1153(3) and 1111(a) | |

---

**Plaintiff**

USA          represented by    **Albania Concepcion**
DOJ-USAO
Department of Justice
300 South 4th Street
Suite 600
Minneapolis, MN 55415
612-664-5595
Email: albania.concepcion@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David M Genrich**
DOJ-USAO

LRM: Front Desk
600 U. S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5751
Fax: 612-664-5783
Email: david.genrich@usdoj.gov
*TERMINATED: 02/16/2024*
*Designation: Retained*

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2006 | 1 | COMPLAINT by USA Nathan Petterson with affidavit of John Patrick Egelhof, SA (FBI) as to Robin Greg Kelly, II (1) and Todd NMN Jourdain (2) by Magistrate Judge Mary Kay Klein. (GMO) [0:06-mj-00310-MKK] (Entered: 08/31/2006) |
| 08/29/2006 | 6 | Minute Entry for proceedings held before Magistrate Judge Mary Kay Klein: Initial Appearance as to Robin Greg Kelly, II held on 8/29/2006. Detention and Preliminary Hearing set for 8/31/2006 02:00 PM before Magistrate Judge Arthur J Boylan. Counsel to be appt'd.(Taped) (LEG) Modified text on 9/5/2006 (LEG). [0:06-mj-00310-MKK] (Entered: 09/05/2006) |
| 08/29/2006 | 8 | ORDER OF TEMPORARY DETENTION as to Robin Greg Kelly, II. Signed by Magistrate Judge Mary Kay Klein on 8/29/06. (LEG) [0:06-mj-00310-MKK] (Entered: 09/05/2006) |
| 08/31/2006 | 11 | Minute Entry for proceedings held before Magistrate Judge Arthur J Boylan: Detention and Preliminary Hearing as to Robin Greg Kelly, II & Todd NMN Jourdain held on 8/31/2006. Deft's Ordered Detained - Govt to submit proposed order. Deft bound over to District Court of Minnesota. FBI Special Agent Egelhoff sworn and testified.(Tape #1/1953-4016 2/0-817) (LEG) [0:06-mj-00310-MKK] (Entered: 09/05/2006) |
| 09/01/2006 | 2 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Robin Greg Kelly, II (Roe, Katherian) [0:06-mj-00310-MKK] (Entered: 09/01/2006) |
| 09/01/2006 | 3 | MOTION for Detention *Without Bail Pending Trial* by USA as to Robin Greg Kelly, II, Todd NMN Jourdain. (Petterson, Nathan) [0:06-mj-00310-MKK] (Entered: 09/01/2006) |
| 09/01/2006 | 5 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA (Petterson, Nathan) [0:06-mj-00310-MKK] (Entered: 09/01/2006) |
| 09/05/2006 | 10 | Bench Warrant Returned Executed on 8/29/06 in case as to Robin Greg Kelly, II. (LEG) Modified text on 9/5/2006 (LEG). [0:06-mj-00310-MKK] (Entered: 09/05/2006) |
| 09/07/2006 | 12 | ORDER OF DETENTION as to Robin Greg Kelly, II and Todd NMN Jourdain . Signed by Magistrate Judge Arthur J Boylan on 9/7/06. (GMO) [0:06-mj-00310-MKK] (Entered: 09/07/2006) |

| | | |
|---|---|---|
| 09/08/2006 | 13 | CJA 20 as to Robin Greg Kelly, II: Appointment of Attorney James E Ostgard. Signed by Magistrate Judge Mary Kay Klein on 8/29/06. (JME) [0:06-mj-00310-MKK] (Entered: 09/08/2006) |
| 09/19/2006 | 15 | INDICTMENT assigned to Judge Richard H. Kyle referred to Magistrate Judge Raymond L. Erickson by USA David M. Genrich as to Todd NMN Jourdain (1) count 1, and Robin Greg Kelly, Jr (2) count 1/ (MKF) (Entered: 09/20/2006) |
| 09/20/2006 | 18 | APPLICATION by plaintiff USA & ORDER with attached affidavit of Asher L. Silkey (FBI) dated 9/5/06 for Search Warrant for the person of Robin Greg Kelly, II, age 19, currently in the custody of the USM . Signed by Magistrate Judge Mary Kay Klein on 9/5/06. 7 pgs (MKF) (Entered: 09/22/2006) |
| 09/20/2006 | 19 | Search Warrant Returned Executed on 9/11/06 for the person of Robin Greg Kelly, Jr . (MKF) 2 pgs (Entered: 09/22/2006) |
| 09/25/2006 | 20 | NOTICE OF HEARING as to Robin Greg Kelly, Jr, Todd NMN Jourdain: Arraignment set for 9/27/2006 at 9:00 AM in Minneapolis - Courtroom 8E before Magistrate Judge Franklin L Noel. (JME) (Entered: 09/25/2006) |
| 09/27/2006 | 21 | Minute Entry for proceedings held before Magistrate Judge Franklin L Noel :Arraignment as to Robin Greg Kelly Jr (2) Count 1 and Todd NMN Jourdain (1) Count 1 held on 9/27/2006. Not guilty plea entered. Disclosure due by 10/13/2006. Motions due by 10/10/2006. Jury Trial set for 12/4/2006 09:00 AM before Judge Richard H Kyle. Motion Hearing set for 10/16/2006 11:00 AM before Chief Mag. Judge Raymond L Erickson. Status Conference set for 12/1/2006 08:30 AM before Judge Richard H Kyle. Voir Dire/Jury Instructions deadline due by 11/24/2006. Counsel to be notified of additional dates by separate Order to be issued. (Tape #11/3083-3275) (GMO) (Entered: 09/27/2006) |
| 09/27/2006 | 22 | ARRAIGNMENT ORDER as to Robin Greg Kelly, Jr and Todd NMN Jourdain . Signed by Magistrate Judge Franklin L Noel on 9/27/06. (GMO) (Entered: 09/27/2006) |
| 09/29/2006 | 23 | APPLICATION by plaintiff USA & ORDER with attached affidavit of John Patrick Egelhof, SA (FBI) dated 8/29/06 for the residence and grounds of Todd Jourdain, further described as a yellow single story wood frame structure with yellow trim, located on Red Lake Indian Reservation, Minnesota including curtilage and two vehicles in yard. Signed by Magistrate Judge Mary Kay Klein on 9/29/06. 7 pgs (GMO) (Entered: 09/29/2006) |
| 09/29/2006 | 24 | Search Warrant Returned Executed on 8/29/06 in case for the residence and grounds of Todd Jourdain, further described as a yellow single story wood frame structure with yellow trim, located on Red Lake Indian Reservation, Minnesota including curtilage and two vehicles in yard. 2 pgs(GMO) (Entered: 09/29/2006) |
| 10/05/2006 | 25 | MOTION to Continue *Trial Date* by Robin Greg Kelly, Jr. (Attachments: # 1 Certificate of Service)(Ostgard, James) (Entered: 10/05/2006) |
| 10/05/2006 | 26 | MOTION for Extension of Time to File *Motions, Continuance of Motion Hearing* by Robin Greg Kelly, Jr. (Attachments: # 1 Certificate of Service)(Ostgard, James) (Entered: 10/05/2006) |
| 10/06/2006 | 28 | RESPONSE to Motion by USA as to Robin Greg Kelly, Jr, Todd NMN Jourdain re 25 MOTION to Continue *Trial Date*, 26 MOTION for Extension of Time to File *Motions,* |

| | | |
|---|---|---|
| | | *Continuance of Motion Hearing* (Attachments: # 1 Certificate of Service)(Genrich, David) (Entered: 10/06/2006) |
| 10/12/2006 | 29 | ORDER granting 26 Defendant Kelly's Motion for Extension of Time as to Robin Greg Kelly and Todd NMN Jourdain. Disclosure due by 10/25/2006. Voir Dire/Jury Instructions deadline due by 11/24/2006. Jury Trial set for 12/4/2006 09:00 AM before Judge Richard H Kyle. Motion Hearing set for 10/27/2006 10:00 AM in Duluth - Courtroom 3 before Chief Mag. Judge Raymond L Erickson. Motions due by 10/20/2006. Status Conference set for 12/1/2006 08:30 AM before Judge Richard H Kyle. Signed by Chief Magistrate Judge Raymond L Erickson on 10/12/06. (GMO) (Entered: 10/12/2006) |
| 10/20/2006 | 32 | MOTION for Discovery by USA as to Robin Greg Kelly, Jr. (Attachments: # 1 Certificate of Service)(Genrich, David) (Entered: 10/20/2006) |
| 10/21/2006 | 33 | MOTION for Release of Brady Materials *Exculpatory and Impeaching Material* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 34 | MOTION for Disclosure *of Experts* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 35 | MOTION to Suppress *Evidence/Search & Seizure* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 36 | MOTION for Disclosure *of Rule 404 Evidence* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 37 | MOTION to Produce *Grand Jury Transcripts of Motions Witnesses* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 38 | MOTION to Suppress *Confessions or Statements* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 39 | MOTION to Produce *Autopsy Reports, Forensic Reports* by Robin Greg Kelly, Jr. (Ostgard, James) (Entered: 10/21/2006) |
| 10/21/2006 | 40 | Certificate of Service by Robin Greg Kelly, Jr re 38 MOTION to Suppress *Confessions or Statements*, 37 MOTION to Produce *Grand Jury Transcripts of Motions Witnesses*, 36 MOTION for Disclosure *of Rule 404 Evidence*, 39 MOTION to Produce *Autopsy Reports, Forensic Reports*, 33 MOTION for Release of Brady Materials *Exculpatory and Impeaching Material*, 35 MOTION to Suppress *Evidence/Search & Seizure*, 34 MOTION for Disclosure *of Experts*.(Ostgard, James) (Entered: 10/21/2006) |
| 10/26/2006 | 51 | DOCUMENT FILED IN ERROR, CALLED TOLD TO RE-FILE. RESPONSE to Motion by USA as to Robin Greg Kelly, Jr re 38 MOTION to Suppress *Confessions or Statements*, 37 MOTION to Produce *Grand Jury Transcripts of Motions Witnesses*, 36 MOTION for Disclosure *of Rule 404 Evidence*, 39 MOTION to Produce *Autopsy Reports, Forensic Reports*, 33 MOTION for Release of Brady Materials *Exculpatory and Impeaching Material*, 35 MOTION to Suppress *Evidence/Search & Seizure*, 34 MOTION for Disclosure *of Experts* (Attachments: # 1 Certificate of Service)(Genrich, David) Modified on 10/27/2006 (JME). (Entered: 10/26/2006) |
| 10/27/2006 | 52 | Minute Entry for proceedings held before Chief Magistrate Judge Raymond L. Erickson:Motion Hearing as to Robin Greg Kelly, Jr (1) and Todd NMN Jourdain (2) held on 10/27/2006. Order and R&R to be issued. Exhibits retained by the Court. (Tape #06-62 to 06-63) (LEG) (Entered: 10/27/2006) |

| | | |
|---|---|---|
| 11/01/2006 | 53 | RESPONSE to Motion by USA as to Robin Greg Kelly, Jr re 38 MOTION to Suppress *Confessions or Statements*, 37 MOTION to Produce *Grand Jury Transcripts of Motions Witnesses*, 36 MOTION for Disclosure *of Rule 404 Evidence*, 39 MOTION to Produce *Autopsy Reports, Forensic Reports*, 33 MOTION for Release of Brady Materials *Exculpatory and Impeaching Material*, 35 MOTION to Suppress *Evidence/Search & Seizure*, 34 MOTION for Disclosure *of Experts* (Attachments: # 1 Certificate of Service)(Genrich, David) (Entered: 11/01/2006) |
| 11/08/2006 | 55 | ORDER as to Robin Greg Kelly Jr (2).Granting 32 Motion for Discovery; granting 33 Motion for Release of Brady Materials; granting 34 Motion for Disclosure; granting 36 Motion for Disclosure; granting 37 Motion to Produce and granting 39 Motion to Produce. Signed by Chief Magistrate Judge Raymond L. Erickson on 11/8/06. (LEG) (Entered: 11/09/2006) |
| 11/08/2006 | 56 | REPORT AND RECOMMENDATION as to Todd NMN Jourdain (1) and Robin Greg Kelly, Jr, (2). Recommends denying 46 MOTION to Suppress *Statements, Admissions, and Answers*, recommends denying 38 MOTION to Suppress *Confessions or Statements*, recommends denying 35 MOTION to Suppress *Evidence/Search & Seizure* and recommends denying 45 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure*. Objections to R&R due by 11/27/2006 R&R Ruling due by 12/8/2006.Signed by Chief Magistrate Judge Raymond L. Erickson on 11/8/06. (LEG) (Entered: 11/09/2006) |
| 01/26/2007 | 57 | TRIAL NOTICE as to Robin Greg Kelly, Jr, Todd NMN Jourdain Jury Trial set for 3/12/2007 09:00 AM in Duluth - Courtroom 1 before Judge Richard H. Kyle. (ds) (Entered: 01/26/2007) |
| 01/26/2007 | 58 | ORDER ADOPTING 56 Report and Recommendations as to Todd NMN Jourdain (1) and Robin Greg Kelly Jr (2); DENYING 35 Motion to Suppress as to Robin Greg Kelly Jr (2); DENYING 38 Motion to Suppress as to Robin Greg Kelly Jr (2); DENYING 45 Motion to Suppress as to Todd NMN Jourdain (1); DENYING 46 Motion to Suppress as to Todd NMN Jourdain (1). (Written Opinion). Signed by Judge Richard H. Kyle on 01/26/07. (rhks) (Entered: 01/26/2007) |
| 02/14/2007 | 61 | Second MOTION to Continue *Trial* by Robin Greg Kelly, Jr. (Attachments: # 1 Certificate of Service)(Ostgard, James) (Entered: 02/14/2007) |
| 02/15/2007 | 62 | RESPONSE to Motion by USA as to Robin Greg Kelly, Jr re 61 Second MOTION to Continue *Trial* (Attachments: # 1 Certificate of Service)(Genrich, David) (Entered: 02/15/2007) |
| 03/12/2007 | 63 | Minute Entry for proceedings held before Judge Richard H. Kyle :Change of Plea Hearing as to Robin Greg Kelly, Jr held on 3/12/2007, Plea entered by Robin Greg Kelly Jr (2) Guilty Count 1. (Court Reporter Jean Arends) (ds) (Entered: 03/13/2007) |
| 03/12/2007 | 64 | PLEA AGREEMENT FILED WITH THE CLERK (MKF) (Entered: 03/14/2007) |
| 09/04/2007 | 66 | SENTENCING NOTICE as to Robin Greg Kelly, Jr Sentencing set for 9/14/2007 11:00 AM in Duluth - Courtroom 1 before Judge Richard H. Kyle. (ds) (Entered: 09/04/2007) |
| 09/12/2007 | 70 | POSITION ON SENTENCING/SENTENCING MEMORANDUM by Robin Greg Kelly, Jr (Attachments: # 1 Certificate of Service) (Ostgard, James) (Entered: 09/12/2007) |

| | | |
|---|---|---|
| 09/12/2007 | 71 | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Robin Greg Kelly, Jr (Attachments: # 1 Certificate of Service) (Genrich, David) (Entered: 09/12/2007) |
| 09/14/2007 | 73 | Minute Entry for proceedings held before Judge Richard H. Kyle :Sentencing held on 9/14/2007 for Robin Greg Kelly, Jr. (Court Reporter Undeland Reporters) (ds) (Entered: 09/18/2007) |
| 09/14/2007 | 75 | Minute Entry for proceedings held before Judge Richard H. Kyle : CORRECTED MINUTES ofSentencing held on 9/14/2007 for Robin Greg Kelly, Jr. (ds) Modified text on 9/19/2007 (sek). Modified text on 9/19/2007 (mkg). (Entered: 09/19/2007) |
| 09/19/2007 | 76 | SENTENCING JUDGMENT signed by Judge Richard H. Kyle on 9/14/07 as to Robin Greg Kelly, Jr (2). SENTENCED to Count(s) 1, Custody BOP for 170 months; 5 years supervised release; Restitution $4,994.32; $100 Special Assessment $100.00. (sek) (Entered: 09/19/2007) |
| 12/10/2009 | 78 | RESPONSE to Motion by Todd NMN Jourdain re 77 MOTION to Amend/Correct (Attachments: # 1 Certificate of Service)(Genrich, David) Modified text on 12/10/2009 (leg). (Entered: 12/10/2009) |
| 04/10/2012 | 81 | NOTICE-Return of Exhibits as to Robin Greg Kelly, Jr. (jdf) (Entered: 04/10/2012) |
| 01/11/2018 | 118 | TEXT-ONLY ENTRY: CLERK'S NOTICE OF REASSIGNMENT. This case is reassigned to Senior Judge Paul A. Magnuson. Judge Richard H. Kyle no longer assigned due to inactive senior status. **NOTE:** the new case number is **CR 06-313 PAM**. Please use this case number for all subsequent pleadings. (MKG) (Entered: 01/11/2018) |
| 11/14/2019 | 145 | Supervised Release: Modification of Conditions as to Robin Greg Kelly, Jr. Judicial Acknowledgment Requested.. (TMK) (Entered: 11/14/2019) |
| 11/14/2019 | 146 | Proposed Petition for Modification of Supervised Release 145 Report as to Robin Greg Kelly, Jr. (TMK) (Entered: 11/14/2019) |
| 11/14/2019 | 147 | HEARING WAIVER by Robin Greg Kelly, Jr re: 146 Proposed Petition for Modification of Conditions. (TMK) (Entered: 11/14/2019) |
| 11/15/2019 | 149 | Acknowledgment by Judge re: Supervised Release 145 Modification of Conditions as to Robin Greg Kelly, Jr. Signed by Judge Paul A. Magnuson on 11/15/2019. (LLM) (Entered: 11/15/2019) |
| 11/15/2019 | 150 | ORDER granting 146 Petition for Modification of Supervised Release as to Robin Greg Kelly Jr (2). Signed by Judge Paul A. Magnuson on 11/15/2019. (LLM) (Entered: 11/15/2019) |
| 01/03/2020 | 151 | Violation Report on Supervised Release: Warrant Requested as to Robin Greg Kelly, Jr. (Attachments: # 1 cr - Colored Photo, # 2 cr - Violation Worksheet)(DG) (Entered: 01/03/2020) |
| 01/03/2020 | 152 | Proposed Petition re: Violation of Supervised Release 151 Report as to Robin Greg Kelly, Jr. Requesting a warrant to be issued. (DG) (Entered: 01/03/2020) |
| 01/03/2020 | 153 | ORDER granting 152 Petition re: Violation of Supervised Release as to Robin Greg Kelly Jr (2). Signed by The Hon. Paul A. Magnuson on 1/3/2020. Clerk to issue warrant. (LLM) (Entered: 01/03/2020) |

| | | |
|---|---|---|
| 01/03/2020 | 154 | Bench Warrant Issued as to Robin Greg Kelly, Jr by Judge Paul A. Magnuson. (CLK) (Entered: 01/03/2020) |
| 01/09/2020 | 155 | Rule 5(c) (3) Documents Received from the District of North Dakota as to Robin Greg Kelly, Jr.; defendant arrested on 1/3/2020, appeared and detained on 1/6/2020. (CLK) Qc'd on 1/17/2020 (KNK). (Entered: 01/09/2020) |
| 01/13/2020 | 156 | Bench Warrant Returned Executed on 1/3/2020 as to Robin Greg Kelly, Jr. (CLK) Document QC'd on 2/6/2020 (CLK). (Entered: 01/14/2020) |
| 01/22/2020 | 157 | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez: Initial Appearance re Revocation of Supervised Release Violation as to Robin Greg Kelly, Jr held on 1/22/2020. Counsel to be appointed. Government moves for detention.Motion is granted, temporary detention ordered. Detention Hearing and Preliminary Revocation Hearing set for 1/24/2020 at 01:00 PM in Courtroom 8E (MPLS) before Magistrate Judge Katherine M. Menendez. Final Hearing re Revocation of Supervised Release set for 5/12/2020 at 11:00 AM in Courtroom 7D (STP) before Senior Judge Paul A. Magnuson. (JAM) (Entered: 01/22/2020) |
| 01/22/2020 | 158 | ORDER OF PRELIMINARY DETENTION as to Robin Greg Kelly, Jr. Detention/ preliminary revocation Hearing set for 1/24/2020 at 01:00 PM in Courtroom 8E (MPLS) before Magistrate Judge Katherine M. Menendez. Signed by Magistrate Judge Katherine M. Menendez on 1/22/2020. (JAM) (Entered: 01/22/2020) |
| 01/23/2020 | 159 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Robin Greg Kelly, Jr. (Olson, Douglas) (Entered: 01/23/2020) |
| 01/24/2020 | 160 | Minute Entry for proceedings held before Magistrate Judge Katherine M. Menendez: Detention Hearing and Preliminary Revocation Hearing as to Robin Greg Kelly, Jr held on 1/24/2020. Probable cause found. Deft bound over to District Court of Minnesota. Deft Ordered Detained - Govt to submit proposed order Final Hearing re Revocation of Supervised Release set for 5/12/2020 at 11:00 AM in Courtroom 7D (STP) before Senior Judge Paul A. Magnuson. (JAM) (Entered: 01/24/2020) |
| 01/24/2020 | 161 | ORDER OF DETENTION as to Robin Greg Kelly, Jr. Signed by Magistrate Judge Katherine M. Menendez on 1/24/2020. (SAE) (Entered: 01/27/2020) |
| 05/01/2020 | 166 | Amended Violation Report on Supervised Release as to Robin Greg Kelly, Jr. (Attachments: # 1 cr - Violation Worksheet, # 2 cr - Colored Photo)(ADN) (Entered: 05/01/2020) |
| 05/01/2020 | 167 | Proposed Amended Petition re: Violation of Supervised Release 166 Report as to Robin Greg Kelly, Jr. (ADN) (Entered: 05/01/2020) |
| 05/05/2020 | 168 | ORDER granting 167 Petition re: Violation of Supervised Release as to Robin Greg Kelly Jr (2). Signed by The Hon. Paul A. Magnuson on 5/5/2020. Clerk to issue summons. (LLM) (Entered: 05/05/2020) |
| 05/08/2020 | 169 | **(Text-Only)** NOTICE of Cancellation & Rescheduling of Hearing as to Robin Greg Kelly, Jr.: The hearing set for Tuesday, May 12, 2020 is CANCELLED. The Final Hearing re Revocation of Supervised Release is RESCHEDULED for Wednesday, May 27, 2020, at 11:00 AM, in Courtroom 7D (STP), before The Hon. Judge Paul A. Magnuson. (LLM) (Entered: 05/08/2020) |

| | | |
|---|---|---|
| 05/11/2020 | 170 | **(Text-Only)**NOTICE as to Robin Greg Kelly, Jr.: The hearing scheduled for Wednesday, May 27, 2020 at 11:00 a.m. is CANCELLED. The hearing is RESCHEDULED for Tuesday, May 26, 2020 at 11:30 a.m., Courtroom 7D, Saint Paul, before The Hon. Paul A. Magnuson. (LLM) (Entered: 05/11/2020) |
| 05/18/2020 | 171 | **(Text-Only)** NOTICE as to Robin Greg Kelly, Jr.: The hearing scheduled for Tuesday, May 26, 2020 at 11:30 a.m. is CANCELLED. The hearing is RESCHEDULED for Tuesday, July 14, 2020 at 11:00 a.m., Courtroom 7D, Saint Paul, before The Hon. Paul A. Magnuson. (LLM) (Entered: 05/18/2020) (Entered: 05/18/2020) |
| 07/08/2020 | 172 | **(Text-Only)** NOTICE as to Robin Greg Kelly, Jr.: The hearing scheduled for Tuesday, July 14, 2020 at 11:00 a.m. is CANCELLED. The Final Hearing re Revocation of Supervised Release is RESCHEDULED for Tuesday, September 15, 2020, at 11:00 AM, Courtroom 7D, Saint Paul, before The Hon. Paul A. Magnuson. (LLM) (Entered: 07/08/2020) (Entered: 07/08/2020) |
| 09/10/2020 | 173 | **TEXT ONLY** NOTICE as to Robin Greg Kelly, Jr.: The hearing scheduled for Tuesday, September 15, 2020, at 11:00 a.m., before The Hon. Paul A. Magnuson, is CANCELLED. (LLM) (Entered: 09/10/2020) |
| 02/04/2022 | 174 | Supervised Release: Modification of Conditions as to Robin Greg Kelly, Jr. Judicial Acknowledgment Requested. (ADN) (Entered: 02/04/2022) |
| 02/04/2022 | 175 | Proposed Petition for Modification of Supervised Release 174 Report as to Robin Greg Kelly, Jr. (ADN) (Entered: 02/04/2022) |
| 02/04/2022 | 176 | HEARING WAIVER by Robin Greg Kelly, Jr re: 175 Proposed Petition for Modification of Conditions. (ADN) (Entered: 02/04/2022) |
| 02/07/2022 | 177 | Acknowledgment by Judge re: Supervised Release 174 Modification of Conditions as to Robin Greg Kelly, Jr. Signed by The Hon. Paul A. Magnuson on 2/7/2022. (LLM) (Entered: 02/07/2022) |
| 02/07/2022 | 178 | ORDER granting 175 Petition for Modification of Supervised Release as to Robin Greg Kelly Jr (2). Signed by The Hon. Paul A. Magnuson on 2/7/2022. (LLM) (Entered: 02/07/2022) |
| 05/13/2022 | 181 | Supervised Release: Modification of Conditions as to Robin Greg Kelly, Jr. Judicial Acknowledgment Requested. (ADN) (Entered: 05/13/2022) |
| 05/13/2022 | 182 | Proposed Petition for Modification of Supervised Release 181 Report as to Robin Greg Kelly, Jr. (ADN) (Entered: 05/13/2022) |
| 05/13/2022 | 183 | HEARING WAIVER by Robin Greg Kelly, Jr re: 182 Proposed Petition for Modification of Conditions. (ADN) (Entered: 05/13/2022) |
| 05/16/2022 | 184 | Acknowledgment by Judge re: Supervised Release 181 Modification of Conditions as to Robin Greg Kelly, Jr (2). Signed by The Hon. Paul A. Magnuson on 5/16/2022. (LLM) (Entered: 05/16/2022) |
| 05/16/2022 | 185 | ORDER granting 182 Petition for Modification of Supervised Release as to Robin Greg Kelly Jr (2). Signed by The Hon. Paul A. Magnuson on 5/16/2022. (LLM) (Entered: 05/16/2022) |

| | | |
|---|---|---|
| 07/15/2022 | 186 | Supervised Release: Modification of Conditions as to Robin Greg Kelly, Jr. Judicial Acknowledgment Requested. (OW) (Entered: 07/15/2022) |
| 07/15/2022 | 187 | Proposed Petition for Modification of Supervised Release 186 Report as to Robin Greg Kelly, Jr. (OW) (Entered: 07/15/2022) |
| 07/15/2022 | 188 | HEARING WAIVER by Robin Greg Kelly, Jr re: 187 Proposed Petition for Modification of Conditions. (OW) (Entered: 07/15/2022) |
| 07/18/2022 | 189 | Acknowledgment by Judge re: Supervised Release 186 Modification of Conditions as to Robin Greg Kelly, Jr. (2). Signed by The Hon. Paul A. Magnuson on 7/18/2022. (LLM) (Entered: 07/18/2022) |
| 07/18/2022 | 190 | ORDER granting 187 Petition for Modification of Supervised Release as to Robin Greg Kelly Jr. (2). Signed by The Hon. Paul A. Magnuson on 7/18/2022. (LLM) (Entered: 07/18/2022) |
| 10/31/2022 | 191 | SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT as to Robin Greg Kelly, Jr by USA (Secord, Erin) 2 c/c to FLU (KNK). (Entered: 10/31/2022) |
| 12/12/2022 | 194 | Acknowledgment by Judge re: Supervised Release 193 No Adverse Action Report as to Robin Greg Kelly, Jr. Signed by The Hon. Paul A. Magnuson on 12/12/2022. (LLM) (Entered: 12/12/2022) |
| 03/13/2023 | 195 | Proposed Petition re: Violation of Supervised Release as to Robin Greg Kelly, Jr. Requesting a warrant to be issued. (OW) (Entered: 03/13/2023) |
| 03/13/2023 | 196 | ORDER granting 195 Petition re: Violation of Supervised Release as to Robin Greg Kelly Jr (2). Signed by The Hon. Paul A. Magnuson on 3/13/2023. Clerk to issue warrant. (LLM) (Entered: 03/13/2023) |
| 03/13/2023 | 197 | Bench Warrant Issued as to Robin Greg Kelly, Jr by Judge Paul A. Magnuson. (CLK) (Entered: 03/13/2023) |
| 03/13/2023 | 198 | Violation Report on Supervised Release: Warrant Requested as to Robin Greg Kelly, Jr 195 Proposed Petition/Order - Post Conviction. (Attachments: # 1 cr - Colored Photo, # 2 cr - Violation Worksheet)(OW) (Entered: 03/13/2023) |
| 03/30/2023 | 199 | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Initial Appearance re Revocation of Supervised Release Violation as to Robin Greg Kelly, Jr held on 3/30/2023. Counsel to be appointed. Government moves for detention.Motion is granted, temporary detention ordered. Detention Hearing and Preliminary Revocation Hearing set for 3/31/2023 at 03:00 PM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. (JAM) (Entered: 03/30/2023) |
| 03/30/2023 | 200 | ORDER OF PRELIMINARY DETENTION as to Robin Greg Kelly, Jr. Detention/preliminary revocation Hearing set for 3/31/2023 at 03:00 PM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Signed by Magistrate Judge Tony N. Leung on 3/30/2023. (JAM) (Entered: 03/30/2023) |
| 03/31/2023 | 201 | MOTION for Order for *Cancel Preliminary and Detention Hearing or For Continuance* by USA as to Robin Greg Kelly, Jr. (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2) (Concepcion, Albania) (Entered: 03/31/2023) |

| | | |
|---|---|---|
| 03/31/2023 | 202 | ORDER APPOINTING ATTORNEY Matthew Mankey as to Robin Greg Kelly, Jr. Signed by Magistrate Judge Tony N. Leung on 3/31/2023. (NAH) (Entered: 03/31/2023) |
| 03/31/2023 | 203 | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Preliminary Revocation Hearing and Detention Hearing as to Robin Greg Kelly, Jr held on 3/31/2023. Counsel present. Deft Ordered Detained - Govt to submit proposed order. Probable cause found. Deft bound over to District Court of Minnesota. Final Hearing re Revocation of Supervised Release is TBD before District Judge Paul A. Magnuson. (NAH) (Entered: 03/31/2023) |
| 04/05/2023 | 204 | Rule 5(c)(3) Documents Received from District of North Dakota as to Robin Greg Kelly, Jr: arrested, appeared, and detained on 3/17/2023. (kt) (Entered: 04/05/2023) |
| 04/05/2023 | 205 | **TEXT ONLY** NOTICE OF SETTING FINAL REVOCATION HEARING as to Robin Greg Kelly, Jr. (2): An In-Person Final Revocation of Supervised Release Hearing is set for Wednesday, April 12, 2023, at 11:00 a.m., in Courtroom 7D (Saint Paul Courthouse) before The Hon. Paul A. Magnuson. (LLM) (Entered: 04/05/2023) |
| 04/11/2023 | 207 | Letters, E-mails, and Other Sentencing Hearing Materials by Robin Greg Kelly, Jr (Restricted Document). (Mankey, Matthew) (Entered: 04/11/2023) |
| 04/12/2023 | 208 | Minute Entry for proceedings held before The Hon. Paul A. Magnuson: A Final Revocation of Supervised Release Hearing as to Robin Greg Kelly, Jr (2) was held on Wednesday 4/12/2023. Defendant shall serve 12 months with the BOP followed by 2 years of supervised release. (Court Reporter Carla Bebault) (LLM) (Entered: 04/12/2023) |
| 04/12/2023 | 209 | SENTENCING JUDGMENT ON SUPERVISED RELEASE VIOLATION as to Robin Greg Kelly, Jr. Signed by Judge Paul A. Magnuson on 4/12/2023. (Attachments: # 1 Attachment) (ABR) (Entered: 04/12/2023) |
| 02/16/2024 | 210 | Supervised Release: Modification of Conditions as to Robin Greg Kelly, Jr. Judicial Acknowledgment Requested. (OW) (Entered: 02/16/2024) |
| 02/16/2024 | 211 | Proposed Petition for Modification of Supervised Release 210 Report as to Robin Greg Kelly, Jr. (OW) (Entered: 02/16/2024) |
| 02/16/2024 | 212 | HEARING WAIVER by Robin Greg Kelly, Jr re: 211 Proposed Petition for Modification of Conditions. (OW) (Entered: 02/16/2024) |
| 02/20/2024 | 213 | Acknowledgment by Judge re: Supervised Release 210 No Adverse Action Report as to Robin Greg Kelly, Jr. Signed by The Hon. Paul A. Magnuson on 2/20/2024. (NMJ) (Entered: 02/20/2024) |
| 02/20/2024 | 214 | ORDER granting 211 Petition for Modification of Supervised Release as to Robin Greg Kelly Jr (2). Signed by The Hon. Paul A. Magnuson on 2/20/2024. (NMJ) (Entered: 02/20/2024) |
| 11/07/2024 | 222 | Bench Warrant Returned Executed on 3/15/2023 as to Robin Greg Kelly, Jr. (LTT) DOCUMENT QC'd by KT on 11/20/24. (kt) (Entered: 11/08/2024) |