**REDACTED**
For Public Disclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

06-313 RHK/
RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 2) |
| | ) | (18 U.S.C. § 1111) |
| v. | ) | (18 U.S.C. § 1151) |
| | ) | (18 U.S.C. § 1153(a)) |
| 1)   TODD NMN JOURDAIN and | ) | |
| 2)   ROBIN GREG KELLY, JR., | ) | |
| | ) | |
| Defendants. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1
(Murder in the Second Degree)

On or about August 27, 2006, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendants,

**TODD NMN JOURDAIN and
ROBIN GREG KELLY, JR.,**

both Indians, aiding and abetting one another, did unlawfully kill Victim 1, also an Indian, with malice aforethought in violation of Title 18, United States Code, Sections 2, 1111, 1151, and 1153(a).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON

SCANNED
SEP 2 0 2006
U.S. DISTRICT COURT ST. PAUL

FILED   SEP 1 9 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INTIALS_____